IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STEVEN SCOTT SUCHAK,** | ) |
| **Plaintiff,** | ) ) ) |
| | ) **Case No. 5:23-cv-00929-HE** |
| v. | ) ) |
| **TEKSYSTEMS, INC., a foreign for profit business corporation,** | ) ) ) |
| **Defendant.** | ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 83.3(C)**

Defendant TEK Systems, Inc. ("TEK"), pursuant to LCvR83.3(c), moves for relief to allow its chosen Counsel, Eric E. Packel ("Packel"), to appear throughout this case without having a resident of the State appear with him. In support of this Motion, TEK (through its Counsel Eric E. Packel) states the following:

1. Packel has been licensed to practice law in the State of Oklahoma since 1993. Declaration of Eric Packel, which is attached as **Exhibit A**.

2. Packel has been a member of this Court since approximately 1998. *Id.*

3. Packel was born in Oklahoma and lived in Oklahoma for a total of 27 years, from 1968-1986 and 1990-1999. *Id.*

4. Packel attended and graduated from the University of Oklahoma College of Law in 1993. *Id.*

5. From 1993 to 1999, Packel practiced law with the law firm of Barkley, Rodolf and McCarthy in Tulsa, Oklahoma. *Id.*

6. Packel has handled several cases in the Western District of Oklahoma throughout his career. *Id.*

7. Packel is familiar with the Local Rules of the Western District of Oklahoma. *Id.*

94098536.1

8. Plaintiff's counsel does not oppose this Motion.

Based upon the above, TEK respectfully requests that this Court provide relief from LCvR83.3 and allow Packel to appear in this case without a resident of the State of Oklahoma.

>Respectfully submitted,
>
>POLSINELLI PC
>
>By: */s/ Eric E. Packel*
>ERIC E. PACKEL (OBA Bar #15352)
>900 W. 48th Place, Suite 900
>Kansas City, MO  64112
>816.753.1000
>Fax No.:  816.753.1536
>epackel@polsinelli.com
>
>ATTORNEYS FOR DEFENDANT
>TEKSYSTEMS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; ( x  ) ECF Notification System; and/or (____) E-mail this 19th day of March, 2024, to:

David R. Keesling, Esq.
Timothy S. Kittle, Esq.
Solomon Arieh
401 South Boston Ave., 31st Floor
Tulsa, OK  74103
539-399-0982
dkeesling@solarieh.com
tkittle@solarieh.com

ATTORNEYS FOR PLAINTIFF

>     */s/ Eric E. Packel*